No: 16-1697

Dorian Johnson

Appellee

v.

City of Ferguson, Missouri, et al.

Appellants

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00832-AGF)

------

**ORDER**

Oral argument to the court en banc is set in Saint Louis on Wednesday, January 10, 2018.

October 27, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans